IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA                                                                                      PLAINTIFF

vs.                                                                          Civil Action No. 3:13-CV-342 DPJ-FKB

WILLIAM S. WARE and
PAUL GEORGE BERNHEIM, JR.                                                                         DEFENDANTS

ORDER GRANTING TIME TO RESPOND TO AMENDED COMPLAINT

This cause came on before the Court on the defendants' Uncontested Motion For Time To Answer Or Otherwise Respond To Amended Complaint, and the Court having considered the Motion, and being advised that the Motion is uncontested, and being otherwise advised in the premises, is of the Opinion that the Motion is well-taken and ought to be granted.

IT IS, THEREFORE, ORDERED that the defendants be, and they hereby are, granted additional time through August 2, 2013, in which to Answer or otherwise respond to the Amended Complaint herein.

SO ORDERED, this 17th day of July, 2013.

/s/ F. Keith Ball
_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

   s/ Robert E. Sanders
Attorney for defendants

1