IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA                                                                                       PLAINTIFF

vs.                                                                       Civil Action No. 3:13-CV-342 DPJ-FKB

WILLIAM S. WARE and
PAUL GEORGE BERNHEIM, JR.                                                                          DEFENDANTS

ORDER GRANTING TIME TO RESPOND
TO MOTION FOR PRELIMINARY INJUNCTION

This cause came on before the Court on the defendants' Uncontested Motion For Additional Time To Respond To Motion for Preliminary Injunction, and the Court having considered the Motion, and being advised that this Motion for Additional Time is uncontested, and being otherwise advised in the premises, is of the Opinion that the Motion for Additional Time is well-taken and ought to be granted.

IT IS, THEREFORE, ORDERED that the defendants be, and they hereby are, granted additional time through August 2, 2013, in which to respond to the plaintiff's Motion For Preliminary Injunction herein.

SO ORDERED, this 17th day of July, 2013.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

Submitted by:

  s/ Robert E. Sanders
Attorney for defendants

1